**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed July 2, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00983-CV

### JEFFRAY ALTER, Appellant

### V.

### BENJAMIN CARMONA AND BEACON SALES ACQUISITIONS, INC., Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-23496**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 23, 2014. On June 23, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.